IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:22-CR-09-CAR-CHW-12 |
| WILLIAM TURNEY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER ON UNOPPOSED MOTION TO CONTINUE**

Before the Court is Defendant William Turney's Unopposed Motion to Continue [Doc. 178] of the pretrial hearing in this case presently scheduled for July 21, 2022, and the trial, which is set to begin on August 8, 2022, in Athens, Georgia. On April 12, 2022, the Grand Jury returned a multi-count, multi-defendant indictment charging Defendant with conspiracy to possess with intent to distribute methamphetamine and possession with intent to distribute methamphetamine. On June 8, 2022, Defendant was arrested. On June 14, 2022, Defendant was appointed counsel, pled not guilty at his arraignment, and was detained pending trial.

In the Motion, defense counsel represents that additional time is needed to review discovery and to engage in plea negotiations. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's motion. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to

Continue [Doc. 178] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the October 24, 2022 term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 8th day of July, 2022.

                                          s/ C. Ashley Royal_____
                                          C. ASHLEY ROYAL, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT